ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
515 South Figueroa Street, Suite 1970
Los Angeles, CA 90071

Telephone: (213) 452-0071
Facsimile:  (213) 452-0080


FILED
SEP - 6 2005
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| In Re: | Case No.: LA04-32191-ES |
|---|---|
| FINERY INC | 04321912 |
| | Chapter: 7 |
| | REPORT OF TRUSTEE IN CHAPTER 7 NO ASSET CASE |
| Debtor(s) | |

The undersigned, duly appointed Chapter 7 Trustee of the estate of the above-named debtor(s), reports that he has neither received any property nor paid any money on account of this estate; that he has made diligent inquiry into the whereabouts of property belonging to the estate; that he has no objections to the exemptions claimed; and that each of the assets scheduled and not claimed exempt are burdensome or of inconsequential value or are encumbered beyond value and the Trustee asserts no interest therein.  Therefore, the Trustee has not taken possession of said assets, asserts no interest in said assets, and has not and will not administer said assets which are to be abandoned in accordance with 11 USC 554(c).

WHEREFORE, the Trustee prays that his report be approved, that he be discharged from office, and his bond exonerated, and for all other applicable orders.

Dated:   September 6, 2005

_____
ROSENDO GONZALEZ, TRUSTEE